THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOSEPH F. COLLINS, Respondent, v. CLIFFORD REED, Appellant.— Judgment reversed and

* Appeal dismissed, 252 N. Y. 627.

the information dismissed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.